UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNION CENTRAL LIFE
INSURANCE COMPANY,

        Plaintiff

    v.                C-1-09-758

JOHN EFTIN ANDRAOS, *et al.*,

        Defendants-Counter Claimants

UNION CENTRAL LIFE
INSURANCE COMPANY,

        Plaintiff

    v.                C-1-11-75

JOHN EFTIN ANDRAOS,

        Defendant

## ORDER

This matter is before the Court upon the Reports and Recommendations of the United States Magistrate Judge (C-1-11-75 doc. no. 24 and C-1-09-758 doc. no. 75) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the

2

absence of any objections, this Court accepts the Report as uncontroverted.

The Reports and Recommendations of the United States Magistrate Judge (doc. nos. 24 and 75) are hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  All litigation relating to *Union Central Life Ins. Co. v. Andraos, et al.*, No. 1:09-cv-758 (S.D. Ohio 2009) and *Union Central Life Ins. Co. v. Andraos*, No. 1:11-cv-00075 (S.D. Ohio 2011) is ADMINISTRATIVELY STAYED pursuant to 9 U.S.C. § 3 pending arbitration of the parties' claims and counter-claims or a decision by the arbitrator that such claims are not arbitrable or that arbitration has in fact been waived by the nonpayment of fees.  The parties are DIRECTED to file status reports every 60 days apprising the Court of the status of arbitration proceedings.  These cases are ADMINISTRATIVELY STAYED on the docket of the Court, subject to reopening by motion of a party upon the final termination of arbitration proceedings.

3

**Plaintiff's request to withdraw the Motion for Extension of Time to File Response/Reply (C-1-11-75 doc. no. 25) is GRANTED. The hearing scheduled for January 11, 2012 at 1:30 p.m. ( C-1-09-758 doc. no. 76) is hereby CANCELLED as requested by plaintiff (C-1-09-758 doc. no. 79).**

**These cases are RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.**

**IT IS SO ORDERED.**

                s/Herman J. Weber
               Herman J. Weber, Senior Judge
               United States District Court